FILED: March 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1044
(20181638v4)

_____

SIERRA CLUB; APPALACHIAN VOICES; 7 DIRECTIONS OF SERVICE

Petitioners

v.

NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY; D. REID WILSON, in his official capacity as Secretary of the North Carolina Department of Environmental Quality; RICHARD E. ROGERS, JR., in his official capacity as the Director of the Division of Water Resources of the North Carolina Department of Environmental Quality

Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC

Intervenor - Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to petitioners' motion for stay pending appeal, the court grants a temporary administrative stay of the Clean Water Act § 401 Water Quality Certification issued by North Carolina Department of Environmental Quality to Mountain Valley Pipeline, LLC for its Southgate Amendment Project until further Order of the court.

Further, the court directs the Clerk to schedule this case for oral argument on the motion for stay pending appeal at a virtual session to be held on April 28, 2026, at 2 p.m.

For the Court

/s/ Nwamaka Anowi, Clerk