FILED: April 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1044
(20181638v4)

_____

SIERRA CLUB; APPALACHIAN VOICES; 7 DIRECTIONS OF SERVICE

Petitioners

v.

NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY; D.
REID WILSON, in his official capacity as Secretary of the North Carolina
Department of Environmental Quality; RICHARD E. ROGERS, JR., in his
official capacity as the Director of the Division of Water Resources of the North
Carolina Department of Environmental Quality

Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC; DUKE ENERGY CAROLINAS, LLC;
DUKE ENERGY PROGRESS, LLC

Intervenor - Respondents

_____

O R D E R

_____

This case is scheduled for oral argument on the motion for stay pending appeal on April 28, 2026.

Upon consideration of petitioners' unopposed motion for an extension of time for briefing, the court grants the motion and amends the briefing schedule as follows:

Petitioners' opening page-proof brief & service of appendix designations: due May 4, 2026

Respondents' page-proof response brief & service of appendix designations: due June 15, 2026

Respondent-Intervenor's page-proof response brief & service of appendix designations: due June 22, 2026

Petitioners' reply: due July 13, 2026

Joint Appendix: due July 21, 2026

All final form briefs: due July 28, 2026.

Further, upon consideration of the joint motion to expedite case processing the court grants the motion and shall schedule the case at the next available session following the conclusion of merits briefing.

For the Court

/s/ Nwamaka Anowi, Clerk